# Court of Appeals
# of the State of Georgia

ATLANTA,　July 03, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1838. DAVID BRELAND v. THE STATE.**

In 1997, David Breland was convicted of murder. The Supreme Court affirmed Breland's conviction on direct appeal. *Breland v. State*, 269 Ga. 834 (504 SE2d 193) (1998). In 2017, Breland filed a motion to set aside an illegal and void judgment, which the trial court dismissed. Breland then filed this direct appeal.

Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death can be imposed for the crime of murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (a), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder"). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
　　*Clerk's Office, Atlanta,　07/03/2018*
　　*I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
　　*Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , *Clerk.*